**TREEHOUSE LAW, LLP**
Ruhandy Glezakos (SBN 307473)
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
rglezakos@treehouselaw.com
bheikali@treehouselaw.com
jnassir@treehouselaw.com

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tricia Bennet and Mai Pham, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Orgain, LLC and Nestle Health Science U.S. Holdings, Inc., <br><br> Defendants. | CASE NO. 3:23-cv-01877-RSH-SBC <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Tricia Bennet and Mai Pham ("Plaintiffs"), by and through their counsel of record, hereby voluntarily dismiss all their claims in the above-captioned action, without prejudice, against Orgain, LLC and Nestle Health Science U.S. Holdings, Inc. ("Defendants").

Defendants have not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiffs may dismiss their claims in this action against Defendants without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: October 31, 2023

Respectfully submitted,
**TREEHOUSE LAW, LLP**

By: s/ *Ruhandy Glezakos*
Ruhandy Glezakos

Ruhandy Glezakos
Benjamin Heikali
Joshua Nassir
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
rglezakos@treehouselaw.com

*Attorneys for Plaintiff Tricia Bennet and Plaintiff Mai Pham, and the Putative Classes*